IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| SYMBOLOGY INNOVATIONS, LLC | § § § | |
| Plaintiff, | § | Case No: 2:15-cv-01169-RWS-RSP |
| | § | |
| vs. | § | LEAD CASE |
| | § | |
| ADAMS EXTRACT | § § | |
| | § | |
| Defendant. | § | |
| SYMBOLOGY INNOVATIONS, LLC | § § | |
| | § | |
| Plaintiff, | § | Case No: 2:15-cv-01174-JRG-RSP |
| | § | |
| vs. | § | CONSOLIDATED CASE |
| | § | |
| CIGNA HEALTH AND LIFE INSURANCE COMPANY et al. | § § § | |
| | § | |
| Defendant. | § § | |

## ORDER

On this day the Court considered the Unopposed Motion to Dismiss Cigna Health and Life Insurance Company and Cigna Dental Health Inc.  It is therefore ORDERED that all claims by Plaintiff Symbology Innovations, LLC are hereby DISMISSED WITH PREJUDICE, and all claims by Defendants are hereby DISMISSED AS MOOT, with each party to bear its own costs, expenses and attorneys' fees.

**SIGNED this 12th day of July, 2016.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE